UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHELLE WILCOX,

                              Plaintiff,

                                                                                                           ORDER
             v.                                                          13-CV-994A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On October 16, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that the decision of the Commissioner be reversed and that this matter be remanded for further administrative proceedings. The Magistrate Judge further recommended that defendant's motion for judgment on the pleadings (Dkt. No. 13) should be denied and plaintiff's motion for similar relief in her favor (Dkt. No. 11) should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed and the matter is remanded for further administrative proceedings. The defendant's motion for judgment on the pleadings (Dkt. No. 13) is denied and plaintiff's motion for similar relief in her favor (Dkt. No. 11) is granted.

The Clerk of Court shall take all steps necessary to close the case.

       IT IS SO ORDERED.

                        ___*Richard J. Arcara*___
                        HONORABLE RICHARD J. ARCARA
                        UNITED STATES DISTRICT COURT

Dated:  November 13, 2014